FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/28/2015 10:48:59 AM
DEBBIE AUTREY
Clerk

## NO. 28,989

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 196TH JUDICIAL DISTRICT |
| | § | |
| CARLTON DANIEL JONES | § | HUNT COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes CARLTON DANIEL JONES, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against CARLTON DANIEL JONES.

Respectfully submitted,

Law Office of Russell P. Brooks
P.O. Box 1905
2515 Washington St.
Greenville, Texas 75403
Tel: (903) 455-3647
Fax: (903) 454-4428

By: _____
Russell P. Brooks
State Bar No. 03074200
Attorney for CARLTON DANIEL JONES

## CERTIFICATE OF SERVICE

This is to certify that on July 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hunt County Courthouse, by hand delivery.

_____
Russell P. Brooks



AT FILED
JUL 16 2015
CLERK, DISTRICT COURT, HUNT CO

NO. 28,989

| | |
|---|---|
| STATE OF TEXAS | § IN THE DISTRICT COURT, HUNT CO |
| | § |
| vs. | § 196TH JUDICIAL DISTRICT |
| | § |
| CARLTON DANIEL JONES | § HUNT COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, judge of the trial court certify this criminal case is not a plea-bargain case and the Defendant has the right of appeal.

_____  July 16, 2015
Judge                                                      Date Signed

I have received a copy of the certification. I have also been informed of my rights concerning my appeal in this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rule of Appellate Procedure. I have been admonished that my attorney must mail a copy of the Court of Appeal's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se Petition for Discretionary Review in the Court of Appeals. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se Petition for Discretionary Review.

Carlton Jones
_____
CARLTON DANIEL JONES, Defendant
ID Number: _____
Hunt County Sheriff's Department
2801 Stuart Street
Greenville, Texas 75401

Russell P. Brooks
State Bar Number: 03074200
2515 Washington Street
P.O. Box 1905
Greenville, Texas 75403
Telephone: (903) 455-3647
Fax: (903) 454-4428

"A defendant in a criminal case has the right of appeal to a court of appeals under these rules. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motions filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).